**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

**DEC 02 2013**

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### Pine Bluff _____ DIVISION

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

| | |
|---|---|
| William Earl Bridges, ADC# 071867 (AKA) James Davis/Bridges | **Plaintiff** |
| | Case : 5:13-CV-366 BSM |
| v. | Honorable : _____ |
| Corizon, Inc., Ms. Wendy Kelley; Mr. Roy Griffin; Dr. Troy Moore; Dr. Fallhowe; Dr. Robert Floss; Dr. William Warren, Ms. Marie Austin; Ms. Estella Bland; Ms. Annette Esaw. § all Defendants being sued in both personal & Official Capacities §. | **Defendants** |

This case assigned to District Judge Miller
and to Magistrate Judge_____ Young

## "COMPLAINT WITH JURY DEMAND"

### "INTRODUCTION"

This is a Civil Rights Action filed by the Plaintiff, pro se, a State Prisoner, for Damages & Injunctive Relief pursuant to **42 U.S.C. § 1983**. Citing denial of Medical Care in violation of the Eighth (8th) Amendment of the United States Constitution, for having shown Deliberate Indifference and Tort of Out Rage, for having deprived Plaintiff of Proper Medical Care and/or Treatment to take very serious Medical needs of Plaintiff. Having further denied Due Process & Equal Protection as is Guaranteed by the Fourteenth (14th) Amendment of the U.S. Const. Amend. [not mere negligence].

### "JURISDICTION"

This Honorable Court has Jurisdiction over the Plaintiff's Claims of Violation of Federal Constitutional Rights as are protected by **42 U.S.C. §§ 1331(1) and 1343**; as

1

also covered under Supplemental Jurisdiction over the Plaintiff's State Law Tort of Outrage Claim's pursuant to **28 U.S.C. § 1367** and the Constitution of the United States.

**"PARTIES"**

The Plaintiff: **William Earl Bridges, ADC# 071867 (AKA) James Davis/ Bridges** [See attached Court order] was and still remains to date incarcerated with-in the Arkansas Department of Corrections; Cummins Unit; BKS. 8-B, P.O. Box 500, Grady, AR. 71644-0500.

The Defendants : (*note*) **All of which are being sued in both Personal & Official Capacities, are /or/ were employed by Corizon, Inc., or, by the Arkansas Department of Corrections during said period which claim's arose. And may be so Served by and through Corizon, Inc. as follows :**

> **CORIZON, INC.**, Current Medical Provider
> c/o Cummins Unit Infirmary, AR. Dep't. of Correction
> P.O. Box 500, Grady, AR. 71644-0500
> **Ms. WENDY KELLEY**; Deputy Director Medical Services
> P.O. Box 8707, Pine Bluff Central Office, Pine Bluff, AR. 71611-8707
> **Mr. Roy Griffin**; Deputy Director Medical Services
> P.O. Box 8707, Pine Bluff Central Office,
> Pine Bluff, AR. 71611-08707
> **Dr. Troy Moore**, former Medical Provider, Cummins Unit Infirmary
> of Corizon Inc., (address to be provided by Corizon Inc., under seal).
> **Dr. Fallhowe**, Current regional Director of Medical for Corizon, Inc.
> (address to be provided by Corizon, Inc., under seal).
> **Dr. Robert Floss**, Current Regional Director of Medical for Corizon,
> Inc., (address to be provided by Corizon, Inc. under seal).
> **Dr. William Warren**, Former Medical Provider/Director, Cummins Unit
> Infirmary, employed by Corizon, Inc., (address to be provided by Corizon,
> Inc. under seal).
> **Ms. Marie Austin**, Former Infirmary Medical Administrator, Cummins Unit
> Infirmary employed by Corizon, Inc., (address to be provided by Corizon, Inc.
> under seal).
> **Ms. Estella Bland**, Physician Assistant / Medical Provider Cummins Unit,
> employed by Corizon, Inc., P.O. Box 500, Grady, AR., 71644-0500.
> **Ms. Annette Esaw**, Medical Records/Med. Products & outside consults

2

provider, currently employed by Corizon, Inc., Cummins Unit Infirmary
P.O. Box 500, Grady, AR. 71644-0500.

**[note * : Plaintiff retains the right to Amend said complaint and name
additional Defendants to be found culpable pursuant to Discovery]**

All facts so stated herein are made freely without promise or duress, and are true
& correct to the best of Plaintiff's knowledge pursuant to penalty of perjury.

## "FACTS "

The Plaintiff has for years sought to have either Confirmed /or/ Denied if in fact
prior reports were of any Proof of Plaintiff having the illness **"Hepatitis -C-"** all of which
so named Defendants refused to answer. Then on or about the 27th day of May 2013,
which after a lab test was done as a precaution by Nurse McConnell, I was informed that
my enzyme level were above normal which indicated I had **Hepatitis -C.** [this was done
due to a needle mishap where-fore while getting I.V. Antibiotics for leg infection she was
pricked by needle].

After having learned of this, I requested from following Defendants, e.i. **Ms.
Bland, Dr. William Warren, Ms. Esaw, as well as others (named Defendants) Ms.
Morgan, Ms. Chance,** as to when I was to see some one concerning said issue of
**Hepatitis-C.** Not a single answer was forth coming. Which later was cause for this
current complaint. Thus, being that on the 28th day of June, Plaintiff was taken to
Cummins Unit Infirmary in painful distress from what was deemed later as internal
bleeding from lower G.T issue with severe low blood pressure. Plaintiff per orders from
**Ms. Michelle Griswold (Physician Assistant) was transported to U.A.M.S
[University of Arkansas Medical Science].**

Upon arrival, Plaintiff was treated in Emergency Room, given I.V. fluid, X-Rays;
a Prostrate exam, even sent to have a C.T. Scan taken. It was determined to admit
Plaintiff for further testify. The Plaintiff was admitted and had Blood work (Lab) drawn
every (4) four-to- (6) six hours, along with a second set of X-Rays.

3

After said testing was done, Plaintiff was given Oclreatid protein infusion I.V.'s medications for pain (Hydro-Codone); along with regular medications which he was taking daily at Prison.

On the 29th. day of June 2013, **Dr. Ryan K. Dola, M.D.** [see: Account no 007155115 - 3179] informed Plaintiff, that

1)      That EKG & C.T.Scan shown that Plaintiff was suffering presently from Ateriarl-Fib (A-Fib) with left anterier Fascralar blockage, also noted that (Musham, Charlongu K[#8790]) 06-571.5 chated as Cirrhosis of liver NOS TYPE 5 POS-4 white cell 13.6 platlets 78 INR 1.4 chloride 109 AST 87 ATL 102. stating there were/was Widening of splenomogaly with multiple silenic calaterials.

2)      The above was confirmed by Glapati, Sendhura (tech) of A.fib with A.V. blockage PAC's, left anterior fascular blockage which was severe. Recommended Beta Blockers for A-Fid and to be seen by Cardiologist at earliest date.

3)      The I.V. infusion was also combined with the antibiotic Vancomycin 500mg/and clindamycin 500mg (I.V. port) for Recurrence of bilateral infection to both lower legs.

## "DENIAL OF DUE PROCESS"

The Defendants have sought to deny Plaintiff due process rights to equal protection by having chosen to deny him access to Medical Records, to refusal to provide access to licensed Medical Provider, and by having refused access to question Medical Staff concerning treatment and care of current condition. By having shown prejudice.

## "DENIAL OF MEDICAL CARE"

The Defendants have had a long standing history of denying Medical Care or Treatment to issues that in the over-all scheme of life can and often do-cause loss of limb(s) or life.

4

In this present situation, the Defendants so named have systematically denied the Plaintiff(s) Right to be free from cruel & unusual suffering of pain by having either denied treatment, access to treatment's, or proper Medications with which to treat the issues!

**Corizon, Inc.,** has a long standing history of cutting cost's at Prison Medical Care Facilities at any means! As to Plaintiff's case, **Corizon, Inc.**, has denied him medications for treatment of **[Hepatitis - C]** (which was never informed of such issue until possible needle mishap on I.V. inserted)  then informed by Hospital that in fact had, had "Hepatitis -C" possibly for at least 12-to-13 years due to severity  of the liver condition. (Cirrhosis of liver Diagnosed on June 29th. 2013). [This information obtained from **Dr. Ryan K. Dola M.D., U.A.M.S.,** not from prison medical staff/Defendants whom admitted on Grievance response that patient /plaintiff was being seen and treated on Chronic care for "Hep.C" since at least 2009.

The Defendants **Ms. Wendy Kelley & Mr. Roy Griffin**, by their having failed to properly review the facts prior to issuing an answer to Grievances have further caused the Plaintiff to suffer. Said Defendants **[Kelley & Griffin]** have only relied upon the reports from other Defendants of **Corizon, Inc., Medical Staff**, and have not viewed the Plaintiff's condition or issues in-person For to make decisions which in cases of health, how can a professional employed person make a factual ascertation of a medical problem by only relying on others to make half hearted reports with out proper examinations.

Plaintiff suffers from bilateral lower leg infections to both legs for which he has suffered with for years! When its at it's worst, plaintiff has been forced to be hospitalized and given I.V. Antibiotics, as well as having been prescribed adsorrbase cream to keep legs from becoming dry and crack-skin. ( For this creates issue of seapage of fluids and further infections) yet **Dr. Fallhowe** discontinued order for cream without even having seen Plaintiff-[note! **Grievance # CU-13-01590**, Deputy Director was made aware of this fact, yet stated **"as Regional Director Dr. Fallhowe** is authorized to order and/or

discontinue medications as deemed"...All "with out" ever having laid eyes on the Plaintiff.

This type of action is not only unprofessional but shows a deliberate denial of proper concerns and medical care for Plaintiff. Then **Mr. Griffin**, on 9/30/13, responded to **Grievance No.# CU-13-01924** concerning the issue of Denial of proper Medical Care because of fact that on June 28-29, the Plaintiff was informed by staff at U.A.M.S. Hospital that Plaintiff suffers from Cirrhosis of liver (caused in his opinion, by long time of not being treated for **Hep-C).**

**Mr. Griffin**, without resolving issues went on to say that Plaintiff used Grievance to ask a question, not to express or resolve a problem/complaint, and that I (Plaintiff) should submit a sick-call or request form. (Plaintiff in fact submitted several requests for Interview all of which met with same answer, "Put in a Sick-call," which was done) But, upon being seen, I was still unable to obtain answers to issues at hand.

**Mr. Griffin** admitted that Medical Staff was fully aware of **Hep-C** as far back as 10/19/09, and went on to state that Plaintiff (me) was being seen at Chronic Care visits and treated for **Hep-C**( at each lab, the Plaintiff has always been informed that test's were in-order to check bacteria levels in legs as well as for AIC for diabetes). Not till June of 2013 did Plaintiff have any type of knowledge of possible of cirrhoses of liver. Therefore, for Mr. Griffin to find no merit to Grievance appeal is totally against the very fabric of what this country is based on; Equal Protection of all persons regardless of their circumstances.

**Ms. Annette Esaw**, whom is the staff member whom is responsible for recording and keeping accurate records of all out-side Medical Consults /and/ Medical Products, upon Plaintiff having been ordered sent to U.A.M.S., did not keep track of nor control of Plaintiff's Medical Records. This Defendant as stated is responsible for the keeping track of appointments with out-side consultants and for Emergency Hospital Records.

6

Plaintiff upon return from U.A.M.S., was received with Medical documents which gave a full account of what was done at U.A.M.S., as well as for all actions to be followed by Cummins Unit Medical Staff upon Plaintiff's return to the Unit: ( Those instructions were clear... i.e Follow-up with Cardiologist, also to have lower GI exam done. With change in medication for A-F-b, and treatment for Cirrhosis of liver). Plaintiff sought medical help for several days after return from U.A.M.S., yet upon admittance to medical staff, Plaintiff medical record were missing! Then, on or about 7/16/13 when plaintiff was seen, medical jacket found, with the Documents from U.A.M.S. Hospital now missing.

Wherefore, after Ms. Esaw, having to have Documents Faxed from U.A.M.S., Plaintiff was seen but not told of Cardiologist or GI follow-up [note: U.A.M.S. Documents not seriously considered by Ms. Bland (Defendant) even on 8/28/13, at Chronic Care visit.

**Ms. Estella Bland**, on or about 8/28/13, stated that Plaintiff was controlling Hypertension with medication and chest X-Rays was clear, also that was tolerating his **Hepatitis-C** without effects! All this without so much as talking to Plaintiff about Hepatitis-C or his newly Diagnosed Cirrhosis of liver': Nor would Ms. Bland consult Plaintiff about what the U.A.M.S. Doctors had stipulated concerning Heart Blockage which was detected on C-T Scan, nor A-f-b concerns which were rampant during monitoring.

Even when Plaintiff made his concerns known and of fact that Plaintiff has had to use more nitro-stat than is relatively safe to ease pain from chronic chest pains due to A-fib that Corizon, Inc., and all other Defendants are fully aware of, still fails to treat or even acknowledge issue.

**Ms. Griswold (ANP)** did take notice of U.A.M.S. documentations and attempt to schedule Cardiologist visit. Yet, this must be approved by Corizon, Inc., and Ms. Esaw whom can not keep accurate records. Also, Ms. Griswold ordered more Lab work done to

7

verify levels on Enzymes that are the major factors in making determination about liver and Heart condition.

The following facts can be seen by countless refusals to have Plaintiff sent to Cardiologist, or to allow for renewal of previous medical prescription by attending physicians.

Defendant, "**Dr. Troy Moore**," upon Plaintiff's fist time to be seen by Dr. Moore, it was apparent that Dr. Moore was all about cutting patients medication and, when asked about changing medication, Dr. Moore state "I would have to get to know you more before I would even consider such medication. [note: Dr. Moore discontinued several med's that had worked for years on leg infection, refused to renew at all or to change to stronger pain medication even though Plaintiff only wanted them for "PRN" (per: required need) so when Plaintiff was actually in severe pain he could get or have some thing that worked.)

Dr. Moore, refused to give Plaintiff a proper examination or testing to determine if Plaintiff need to be seen by Cardiologist or liver expert. Wherefore making his choice to be deliberate indifferent to Plaintiff's serious medical needs.

Defendants "**Dr. Fallhowe, and Dr. Floss**", neither of whom have ever seen nor examined Plaintiff have changed protocols and medications on Plaintiff regardless of his condition. Neither said Defendants has the slightest knowledge of Plaintiff's suffering! Yet, they changed orders of acting physicians on "ANP" because they have a title as Regional Medical Director. [See supporting documents].

Defendant, "**Dr. William Warren**," Over the years of treating Plaintiff failed to acknowledge to Plaintiff that he suffered from "**Hepatitis -C**" and that it was evident he was on brink of Cirrhosis of the liver. Furthermore, Dr. Warren failed to ensure that Plaintiff was treated for bilateral lower leg infection to both legs on a regular basis. Defendant directly told Plaintiff that he was putting Plaintiff on a Antibiotic protocol that

8

would effectively have Plaintiff taking antibiotic five (5) days once (1) a day, per month with a month off between every five (5) day program.

Upon Dr. Warren's leaving employ of the Cummins Unit infirmary Plaintiff has yet to receive any antibiotics in over five (5) plus months.

The following Defendants; **Ms. Marie Austin, Ms. Estella Bland, and Ms. Annette Esaw**, having direct knowledge of "Hepatitis -C" and facts that support the knowledge whereby having refused to assist Plaintiff in receiving the interferion and Ribiuan Therapy for deases is clearly a violation of Plaintiff Rights as protected by 8th. Amendment to be free from cruel & unusual punishment.

Plaintiff contends that records will reflect that **Dr. Moskivich** gave verbal as well as written notice to Defendants that Plaintiff required to be placed on the program for interferon & Ribavin (which is called Reberton therapy.) And all said Defendants have had actual knowledge of said "**Hepatitis -C**" since approximately 7/24/02.

The Defendants by having such knowledge of illness, having decided to deny exitance or to treat is clear deliberate indifference to a serious medical need, and a violation of Americans with Disability Act not to forget a Tort of outrage for having allowed Plaintiff to suffer with "**Hepatitis -C**" for years to reach a level of now Cirrhosis of liver for which there is no cure according to Dr.'s at U.A.M.S. Hospital. [note: only exception being possible liver transplant]

## "CONCLUSION"

The Plaintiff, has exhausted said Administrative remedies wherefore a clear pursuant to 42 U.S.C. § 1983 is his last recourse of action. The Defendants have shown they have no compassion or desire to properly treat Plaintiff or others like him to the custody of the Arkansas Department of Correction.

## "EXHAUSTION OF ADMINISTRATIVE REMEDIES"

The Plaintiff has exhausted the Administrative remedies as to original claims, and has still pending appeals at highest level on remainder of Grievance. Wherefore this meets requirement Rule for exhaustion.

## "RELIEF REQUESTED"

Wherefore, Plaintiff requests that this Honorable Court grant the following: to Wit:

A). Issue a declaratory Judgment stating that:

1. That all so named Defendants, Ms. Kelley, Mr. Griffin, Dr. Fallhowe, Dr. Floss, Ms. Bland, and Ms. Esaw's actions of failing to provide adequate medical care for Plaintiff has violated the Plaintiff's Rights as are covered by the 8th. Amendment of the U.S. Constitution to be free from cruel and unusual punishment as well as the Americans with Disability Act, and a claim of Tort of Outrage. And Furthermore is still in violation to this date.

B). Issue an injunction ordering Defendants so named : Kelley, Griffin, Fallhowe, Floss, Bland and Esaw or their agents to:

1) Immediately arrange for the Plaintiff to be examined by a qualified Cardiologist, liver specialist, and to have biopsy performed to determine extent of liver damage.

2) To carry out without delay any and all treatment by which would be deem-ed, appropriate by qualified physician to insure the Plaintiff is free from pain and suffering.

C ). Issue injunction ordering Defendants Corizon, Inc., and Ms. Annette Esaw to:

1) Turn over to Plaintiff, a complete copy of all Medical Records, whereby in custody of Medical Department of (A.D.C.) Arkansas Department of Corrections.

D). Award Compensatory damages in the following amounts :

1) $1,000.00 jointly and severally per day against all so named Defendants for failure to provide proper Medical Care during their time of employ-ment, at Cummins Unit Infirmary acting under color of law as medical providers; For having known

10

of Plaintiff's medical Diagnosis of Hepatitis C since 7/24/02 to present date of this claim.

E).   Award Punitive Damages in the following Amounts :

   1)   $20,000.$^{00}$ -- each against Defendants, Kelley & Griffin;
   2)   $100,000.$^{00}$ -- each against Defendants, Moore & Warren;
   3)   $15,000.$^{00}$ -- each  against Defendants Austin, Bland & Esaw;
   4)   $2,500,000.$^{00}$ --- against Defendants Corizon, Inc.,
   5)   $50,000.00 -- against Defendants Fallhowe & Floss;

F).   Grant such other relief as it may appear that Plaintiff is entitled to.


Furthermore, Please take notice that the foregoing complaint by **William Earl Bridges**, with attached Exhibits, Plaintiff will move the Court, that at such time as the Court may so direct, for an Order requesting that Plaintiff file and Amended motion/petition, the Plaintiff also be allowed to file an Amended Motion/Complaint.

**Executed on this** _26_ **day of** _Nov_ _____, 2013.



*William Earl Bridges*
**Petitioner, Pro Se**
**William Earl Bridges**
**ADC# 071867, BKS. 8-B**
**P.O. Box 500**
**Grady, AR. 71644-0500**

11

CUMMINS UNIT                    **REQUEST FOR INTERVIEW**

DATE/TIME REC'D IN MEDICAL JUN 24 2013 *Cummins*

DATE/TIME TRIGGER

TRIAGE LEVEL 1=EMERGENT 2=URGENT 3=ROUTINE          DATE: 6-23-13

RINT NAME

TO: Ms Peyton   ADON.          OFFICE: Infirmary (ADON)

FROM: James Davis / Bridges      NUMBER: 071867     BKS: 8-B
         (Inmate's Name)

JOB ASSIGNMENT: J/S Lawn        SUPERVISOR: ?

WORKING HOURS: _____ TO: _____

GIVE A DETAILED REASON FOR INTERVIEW: I need to know that I am still on schedule for Antibiotics as was prescribed on a (5) days per month. Since Dr. Warren is No longer here I need some one to assist in getting scrip for Treatment Call for each month from 27-31 /or/ 26 to 30 in order to keep infection under control. Thank you for your help & time.

                                    James Davis / Bridges # 071867
                                         (Inmate's Signature)

# CORIZON HEALTH
## CUMMINS UNIT

DATE: 06/24/2013

RESPONSE TO REQUEST:

You currently do not have any orders for antibiotics. I have placed you on the list to be referred to a provider.

Thanks

DChancen

| FROM: |
|---|
| CORIZON HEALTH |
| CUMMINS UNIT INFIRMARY |

| MAIL TO: | |
|---|---|
| INMATE NAME | Davis/Bridges, James |
| ADC # | 71867 |
| BARRACKS | 8 B |

**CONFIDENTIAL**

REQUEST FOR INTERVIEW

UNIT: _Cummins_

DATE: _May 28-2013_

TO: _Ms Morgan_ ~~Strattross~~  OFFICE: _Chronic Care Review_

FROM: _Davis-Bridges_  NUMBER: _07186?_  BKS: _8-B_
(Inmate's Name)

JOB ASSIGNMENT: _Inside Labor_  SUPERVISOR: _Sgt Gerbson_

WORKING HOURS: _____ TO: _____

GIVE A DETAILED REASON FOR INTERVIEW: _I need to be seen to have all
med's renewed an straighten out due to Dr. Iko is no longer here
I'm having trouble getting my med's (OPM) your help is greatly
appreciated.  Thank you for your help_

_* Your meds will renewed, you should_  Respectfully
_receive them in a few days,_

_Morgan LPN  —_

_James Davis Bridges_
(Inmate's Signature)
_#07186 7_

ADC-CDC-614

## CORIZON HEALTH
## CUMMINS UNIT

*Response to request for interview:*

DATE OF REQUEST: 08/29/13

We received your request for interview concerning your Jacket review and your medical record. In order to review your whole medical jacket, you need to write a request to review your jacket and to request all volumes of your jacket. If you feel that parts of your file is missing and there is specific stuff you are looking for write what you are looking for on the request to medical records.

Thanks.
Pevey

MAIL TO:

| INMATE NAME | Bridges, James |
|-------------|----------------|
| ADC # | 71867 |
| BARRACKS | 8B |
| | |

FROM:

| INFIRMARY |
|-----------|

## **CONFIDENTIAL**

## Medical Department
## Notification of Diagnostic Test Results

Inmate Name **Davis, James**

ADC Number **71867**

This is to inform you that we have received the results of your diagnostic test performed on **8/16/13**.

1. _____ Based on the result of your test, you will be scheduled for follow-up with a physician or mid-level practitioner within three working days of this notice. Please check the daily 'Lay-in' list for this encounter.

2. **X** Based on the result of your test, there is no clinical need for follow-up at this time. To discuss your test results with a member of our health care staff, you may submit a Sick Call Request or request an interview with the Health Services Administrator.

Neither the follow-up in item 1, nor a request initiated by you in item 2 will result in a co-pay fee.

Signature of Physician or Mid-level Practitioner

Date **8/16/13**

Copy to Inmate
Copy to Inmate's Medical Record

**FOR STAFF USE ONLY**

# UNIT LEVEL GRIEVANCE FORM (Attachment I)

Unit/Center CUMMINS

FOR OFFICE USE ONLY
GRV # RECEIVED
Date Received JUN 1 2 2013
GRV. Code CUMMINS UNIT
GRIEVANCE OFFICE

Name James DAVIS / BRIDGES

DC# 071867   Brks # 8 B   Job Assignment 1B Lawn

6-6-13 (Date) STEP ONE: Informal Resolution

6-7-13 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: Not A Diabetic Issue. Skin Deterioration, I have Never seen Fallhowe Nor He me!

6-6-13 (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature. If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: Due to Serious Medical condition ON Legs SKIN Drys out & Tears OPEN causing Large Sore's which don't Heal for Weeks!

Is this Grievance concerning Medical or Mental Health Services? _____ If yes, circle one: medical or mental

BRIEFLY state your one complaint/concern and be specific as to the complaint, date, place, name of personnel involved and how you were affected. (Please Print): I Was Given A Valid Prescription For Absorbate / Hydrocerin Cream for Treatment of Leg disorder. This was valid until Sept/oct 2013! [original order's Dr Warren /ms Bland] ReOrdered By Dr. Iko! I Turned in a refill Sticker [for which I Was Still allowed 6-Refills] ON or about 5-24-13, Now on 6-6-13 I am Still out of Cream, my Legs are starting to dry out and I'm Told That Per The Pharmacy my order Will not be Refilled even with a Valid order! Which was stated to be Orders of Some one named "Fawell"? For To Deny Properly Prescribed medical Treatment as stated by U.S. Supreme Court in "Fields v. Corizon" To deny medical Treatment or supplies for cost cutting measures or any other reason is Deliberate INDifference to serious medical Need and is liable pursuant to 42 USC §1983 civil Litigation! I will Not be made to Suffer for Cost Cutting or any other Reason. I am entitled under law as a U.S. Citizen and Veteran of US military service To Proper medical care & treatment.

RECEIVED DEPUTY DIRECTOR _____
JUL 1 7 2013
HEALTH & CORRECTIONAL PROGRAMS

James Davis Bridges 71867       6-6-13 (8:42am)
Inmate Signature                Date

If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.

## THIS SECTION TO BE FILLED OUT BY STAFF ONLY

This form was received on 6-6-13 (date), and determined to be Step One and/or an Emergency Grievance Yes (Yes or No). Was this forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: Kim Ron   Date 6-6-13

Jonathan Martin   808411   Jonathan Martin   6-6-13
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature   Date Received

Describe action taken to resolve complaint, including dates: You were seen by Dr. Iko on 3/01/13 at which time she ordered absorbase for your leg. However, Dr. Fallhowe provided the following alternative treatment plan - supportive care, good management/control of diabetes & lipids, & good self foot care. Please follow up through sick call for medical problems.

X ___ King 6-11-13       X James Davis Bridges 71867   6/11/13
Staff Signature & Date Returned       Inmate Signature & Date Received

This form was received on _____ (date), pursuant to Step Two. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____   Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____   Date: _____

------

DISTRIBUTION: YELLOW & PINK – Inmate Receipts; BLUE-Grievance Officer; ORIGINAL-Given back to Inmate After Completion of Step One and Step Two.

BK 8/B029

IGTT420
3GH

Attachment IV

INMATE NAME: <u>Davis/bridges, James</u>     ADC #: <u>071867A</u>     GRIEVANCE #: <u>CU-13-01590</u>

### HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

<u>I was given a valid prescription for Absorbase/Hydrocerin Cream for treatment of leg disorder! This was valid until Sept/Oct 2013! [Original orders Dr. Warren/Ms. Bland.] Reordered by Dr. IKO! I turned in a refill sticker [for which I was still allowed 6-Refills] On or about 5-24-13, Now on 6-6-13 I am still out of cream, my legs are starting to dry out and Im told that per the pharmacy thy order will not be refilled even with a valid order! Which was stated to be orders of some one named Fawell? For the deny properly prescribed medical treatment as stated by U.S. Supreme Court in Fields-v-Corizon to deny medical treatment or supplies for cost cutting measures or any other reason is deliberate indifference to serious medial, need, and is liable pursuant to 42 USC./1983 Civil Litigation. I will not be made to suffer for cost or any other reason. I am entitled under law as a U. S. Citizen and Veteran or U. S Miltary Service to proper medical care & treatment.</u>

<u>(642)Your 6/11/2013 grievance has been received and reviewed as well as your medical record to determine if medically necessary health care, as determined by your health care providers, has been provided to you.</u>

<u>Records reflect you were seen by Dr. Iko on 6/3/13, at which time she ordered your Absorbase cream, pending approval. The same day the order was place it was disapproved by Dr. Fallhowe RMD, advising to try supportive care: Good management of DM, and lipids, and to educate you on good foot care. On 6/12/13, Dr. Warren re-submitted the order for the mentioned cream noting, 62 year old Type 1 Diabetic with severe peripheral vascular disease affecting both legs. Frequent recurrence of idiopathic cellulitis. Now has superficial skin ulceration on both pretibal locations. You're mentioned cream above was approved, and received by you on 6/20/13.</u>

<u>Due to the fact you went without your needed medicated cream, I find this grievance with merit/resolved, I apologize for the delay.</u>

RECEIVED-DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION

JUL 17 2013

HEALTH & CORRECTIONAL PROGRAMS

_____          Laura Lee Morgan          07/11/2013
Signature of Health Services          _____          _____
Administrator/Mental Health Supervisor or          Title          Date
Designee

---

## INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE? *The Cream is now as you State being given, but... due to the Orders of Dr Fallhowe RMD,[whom has Never seen me Nor to my Knowledge ever been at the Cummins unit infirmary]*

my legs became torn open with ulcerations on 38th lower legs
while out of cream per Dr. Fallhove's orders. wherefore,
by denial of Treatment, This Caused severe Pain & suffering.
I am as Dr. Warren stated 62 yrs old with Type 1 Diabetics
who Knows how to due proper foot care and control my B/S
with Diet and what exersise I can do. Where by This Grievance
has not been resolved when Dr. Fallhove Can still cancel orders
by Dr. whom work on cite and Know Patients history visually

| James Davis Bridges | 071867 | 7-12-13 |
|---|---|---|
| Inmate Signature | ADC# | Date |

RECEIVED-DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION

JUL 17 2013

HEALTH & CORRECTIONAL PROGRAMS

IGTT430
3GD

Attachment VI

INMATE NAME: Davis/bridges, James          ADC #: 071867          GRIEVANCE#:CU-13-01590

## CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

On June 6, 2013, you grieved that Dr. Fallhowe discontinued your Absorbase cream. You claim deliberate indifference to your medical needs.

The medical department responded, "Records reflect you were seen by Dr. Iko on 6/3/13, at which time she ordered your Absorbase cream, pending approval. The same day the order was place it was disapproved by Dr. Fallhowe RMD, advising to try supportive care: Good management of DM, and lipids, and to educate you on good foot care. On 6/12/13, Dr. Warren re-submitted the order for the mentioned cream noting, 62 year old Type 1 Diabetic with severe peripheral vascular disease affecting both legs. Frequent recurrence of idiopathic cellulitis. Now has superficial skin ulceration on both pretibal locations. You're mentioned cream above was approved, and received by you on 6/20/13. Due to the fact you went without your needed medicated cream, I find this grievance with merit/resolved, I apologize for the delay."

Your appeal states that due to Dr. Fallhowe denying your Absorbase cream, you developed ulcerations which tore open and caused severe pain. You state that this issue is not resolved because Dr. Fallhowe can still cancel other provider's orders.

As Regional Medical Director, Dr. Fallhowe is authorized to order and/or discontinue medications as deemed appropriate and clinically indicated based on her medical judgment. However, if a medication is discontinued and an alternative treatment plan is recommended, the unit provider is to review the recommendations and either implement them, prescribe a different medication or override the RMD's decision. There was a delay with your Absorbase cream being addressed by the unit provider; however, it was reordered and you have received it.

The medical department found your grievance with merit and you are receiving your Absorbase cream; therefore, I find this appeal without merit.


_Wendy Velley_                          _8/29/13_
Director                                     Date

IGTT400
3GR

# ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

TO: Inmate   <u>Davis/bridges, James</u>
FROM:  Mizell, Jimmy E
DATE:   <u>06/12/2013</u>

ADC #:   <u>071867A</u>
TITLE:   <u>ADC Inmate Grievance Coord</u>
GRIEVANCE #:   <u>CU-13-01590</u>

Please be advised, I have received your Grievance dated <u>06/05/2013</u> on <u>06/12/2013</u> .
You should receive communication regarding the Grievance by <u>07/11/2013</u>

_____
Signature of ADC Inmate Grievance Coord

## CHECK ONE OF THE FOLLOWING

○   This Grievance will be addressed by the Warden/Center Supervisor or designee.

◉   This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will respond.

○   This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who will respond.

☐   This Grievance has been determined to be an emergency situation, as you so indicated.

○   This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.

○   This Grievance was REJECTED because it was either non-grievable (  ), untimely, was a duplicate of  , or was frivolous or vexatious.

## INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. Keep in mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

_____     _____     _____
Inmate Signature                                    ADC #                                             Date

<u>UNIT LEVEL GRIEVANCE FORM</u> (Attachment I)
Unit/Center __Cummins__                                          601

FOR OFFICE USE ONLY
GR# __CU-13-01887__
Date Received: JUL 11 2013
GRV. Code # __
CUMMINS UNIT
GRIEVANCE OFFICE

Name __James Davis-Bridges__

ADC# __071867__  Brks # __8-B__  Job Assignment __J/S Law__

__7-5-13__ (Date) STEP ONE: Informal Resolution

__7-5-13__ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: __Still Not been Seen__
__Cause Med Jacket Not Found,__

__7-5-13__ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to
a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious
nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the
attached emergency receipt. If an Emergency, state why: __Due to Heart Condition Combined with__
__Serhosis of Liver and Severe Pain after Return From Hospital with Orders,!__
Is this Grievance concerning Medical or Mental Health Services? _____ If yes, circle one:  medical or mental
<u>BRIEFLY</u> state your one complaint/concern and be specific as to the complaint, <u>date</u>, place, name of personnel
involved and how <u>you</u> were affected. (Please Print): __On June 28 2013 I was sent via__
__Transport Ambulance to UAMS Hospital Due to Internal Bleeding and__
__Irregular Heart Rythem, Upon arrival at Infirmary B/P was 77-62__
__and Pulse Rate was over 160. Ms. Griswald (ANP) upon evaluation called__
__Dr. and had me Transported to U.A.M.S. I was Released & Returned__
__on 6-30-2013 a free Doctors Did CT scan and other tests to determine I__
__Have Severe Arythmia (?) (Heart Rythm) (A.Fib) and Serhosis of Liver.__
__and due to severe pain with Liver which causes me to go into A-Fib causes__
__me to Have Shortness of Breath and Lowered B/P! I was ordered meds__
__to be given and ordered off others previously on. But since my__
__return I have Not been seen by ANP or Dr. In order to get meds__
__or to the extent to get any relief. Told 7-4-13 I was on list for__
__7-5-13 To be seen still Not on Layin! This is Total Deliberate__
__indifference to Serious Medical Need in Violation of 8th Amend.__
__of U.S. Constitution, actionable under 42 USC 1983 against Corizon.__

__James Davis Bridges  71867__                   Date __July 5-2013  7:95 AM__
Inmate Signature
<u>If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.</u>

<u>THIS SECTION TO BE FILLED OUT BY STAFF ONLY</u>
This form was received on __7/5/13__ (date), and determined to be Step One and/or an Emergency Grievance
__Yes__ (Yes or No). This form was forwarded to medical or mental health? __Yes__ (Yes or No). If yes, name
of the person in that department receiving this form: __Mary Dugan__  Date __7/5/13__

__M. Tramick__            __98778__      __Terri L. Phillips__           __7/5/13__
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature           Date Received
Describe action taken to resolve complaint, including dates: __You are correct. You should__
__have been seen the following day after your return. Instead__
__you were seen on 7/05/13. I have also placed you back on the__
__list to see the provider again. I apologize for such a delay.__

__C. King 7-10-13__                          __James Davis Bridges  71-83-cpu8__   7/10/13
Staff Signature & Date Returned                    Inmate Signature & Date Received
This form was received on _____ (date), pursuant to Step Two. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____  Date: _____

RECEIVED DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION

Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date __AUG 19 2013__
If forwarded, provide name of person receiving this form: _____  Date: _____

<u>DISTRIBUTION: YELLOW & PINK – Inmate Receipts; BLUE-Grievance Officer; ORIGINAL-Given back</u>
to Inmate After Completion of Step One and Step Two.

INMATE NAME: Davis/bridges, James          ADC #: 071867          GRIEVANCE#:CU-13-01887

## CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

On July 5, 2013, you grieved that you have not seen a provider since returning from UAMS on June 30. You state that you were transferred to UAMS on June 28 via ambulance due to internal bleeding and an irregular heart rate and the doctors at UAMS told you that you have A-Fib and cirrhosis of the liver. You state that the doctors at UAMS ordered new medication and discontinued some. You state the A-Fib causes you to have shortness of breath and low blood pressure. You state that you were told you would be seen July 5; however, you're not on the lay-in list.

The medical department responded, "Records reflect you returned from the hospital on 6/30/13. You are correct you should have been seen by the provider the following day. You were seen on 7/5/13, and assessed by the provider, your medical jacket was misplaced at that time, so the new orders from the outside provider could not be reviewed at that time. On 7/16/13, new orders were submitted. Due to the delay in you being seen timely by our provider after returning from the hospital I find this grievance with merit, but has been resolved."

Your appeal states that the issue of pain and suffering has not been resolved. You state that the discharge orders from UAMS have not been followed; no further GI test and no follow up with a cardiologist. You state that you still have A-Fib, shortness of breath, severe pain, weakness and blood in stool and urine.

June 28, Mrs. Griswold, APN, noted that you were complaining of lower abdominal pain and black tarry stools since the previous night; therefore, you were transferred to UAMS for a possible GI bleed. You returned from UAMS June 30. July 5, you were seen by Mrs. Griswold who noted that your medical record could not be located and that you would be called back to the infirmary to discuss a treatment plan once it was located. July 16, Mrs. Griswold noted that she reviewed your inpatient records and discharge instructions from UAMS and she ordered Metoprolol and Omeprazole. August 1, you were seen in sick call for complaints of shortness of breath and the nurse referred you to the provider. August 6, you were seen by Mrs. Bland, APN, who noted that your lungs were clear, no wheezing and SA02 98% on room air, heart tones with regular rate and rhythm, no rub or gallop and no carotid bruits. She ordered lab (completed August 7), chest x-ray (completed August 16, no cardioplumonary processes), EKG (completed August 8) and noted to follow up as needed. August 15, you returned three cards to be tested for occult blood in your stool and it is noted that all three cards were negative for blood. August 28, you were seen by Mrs. Bland for chronic care and she noted your August 16 chest x-ray, that your hypertension was controlled with medications and that you were tolerating your hepatitis C without effects. September 6, Mrs. Griswold noted that your EKG results showed a normal sinus rhythm with a rate of 85.

A review of the discharge instructions from UAMS does not indicate that a follow up with GI or cardio was recommended. However, Metoprolol and Omeprazole were recommended and were ordered by the unit provider July 16. I encourage you to utilize the sick call process to have your medical issues addressed and if your current medical treatment is not effective.

The medical department found your grievance with merit due to the delay of you being seen by a provider and your medical issues have been addressed; therefore, I find this appeal without merit.

_____          _____
Director                                             Date          9/30/13

13K8/302 9V

IGTT420
3GH

Attachment IV

INMATE NAME: <u>Davis/bridges, James</u>        ADC #: <u>071867A</u>        GRIEVANCE #: <u>CU-13-01887</u>

### HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

<u>(GRV 618) Your 7/10/13 grievance has been received and reviewed as well as your medical record to determine if medically necessary health care, as determined by your health care providers, has been provided to you.</u>

<u>You state in your grievance that you still have not been seen by the provider after returning from the hospital.</u>

<u>Records reflect you returned from the hospital on 6/30/13. You are correct you should have been seen by the provider the following day. You were seen on 7/5/13, and assessed by the provider, your medical jacket was misplaced at that time, so the new orders from the outside provider could not be reviewed at that time. On 7/16/13, new orders were submitted. Due to the delay in you being seen timely by our provider after returning from the hospital I find this grievance with merit, but has been resolved.</u>


_____
Signature of Health Services
Administrator/Mental Health Supervisor or
Designee

<u>Laura Lee Morgan</u>        <u>08/13/2013</u>
Title                          Date

RECEIVED DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION
AUG 19 2013
HEALTH & CORRECTIONAL PROGRAMS

### INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE? The issue of pain & suffering has not been resolved. For even after all the misplacement of medical Records, and Hospital Reports, I was left to suffer for over 26 days due to meds not being recieved until 7-25-13. Still, Dis orders from Hospital have not been followed. No further GI Test or visit by Cardiologist To Followup. I still have A-Fib, and shortness of Breath, along with some severe pain & blood in stool & urine. Constant weakness and such as reported to Provider & Hospital which is still not being treated except for meds to Try to stop A-Fib. Still A-Fib Presists and so does pain. Must I suffer due to medical's failure to act on Doctors Orders or study protest of Pain.

_James David Bridges_     _67867_     _8-15-13_

Inmate Signature          ADC#              Date

RECEIVED-DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION

AUG 1 9 2013

HEALTH & CORRECTIONAL PROGRAMS

# ACKNOWLEDGEMENT OF GRIEVANCE APPEAL
## or REJECTION OF APPEAL

TO:  Inmate  <u>Davis/bridges, James</u>        ADC #:  <u>071867A</u>
FROM:  <u>Kelley, Wendy L</u>                  TITLE:  <u>Deputy Director</u>
RE: Receipt of Grievance  <u>CU-13-01887</u>     DATE:  <u>08/19/2013</u>

Please be advised, the appeal of your grievance dated
<u>07/05/2013</u>
was received in my office on this date  <u>08/19/2013</u>

**You will receive communication from this office regarding this Grievance by**  <u>10/01/2013</u>

- ☒ The time allowed for appeal has expired
- ☒ The matter is non-grievable and does not involve retaliation:
    - ☒ (a) Parole and/or Release matter
    - ☒ (b) Transfer
    - ☒ (c) Job Assignment unrelated to medical restriction
    - ☒ (d) Disciplinary matter
    - ☒ (e) Matter beyond the Department's control and/or matter of State/Federal law
    - ☒ (f) Involves an anticipated event
- ☒ You did not send all the proper Attachments:
    - ☒ (a) Unit Level Grievance Form (Attachment 1)
    - ☐ (b) Warden's/Center Supervisor's Decision (Attachment III); or Health Services Response Attached (Attachment IV for Health Issues Only)
    - ☒ (c) Did not give reason for disagreement in space provided for appeal
    - ☐ (d) Did not complete Attachment III or IV with your name, ADC#, and/or date
    - ☒ (e) Unsanitary form(s) or documents received
    - ☒ (f) This Appeal was REJECTED because it was a duplicate of  , or was frivolous or vexatious

IGTT400
3GR

# ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

TO: Inmate  Davis/bridges, James

FROM:  Hall, Lisa Renee

DATE:  07/11/2013

ADC #:  071867A

TITLE:  ADC Inmate Grievance Coord

GRIEVANCE #:  CU-13-01887

Please be advised, I have received your Grievance dated 07/05/2013 on 07/11/2013 .
You should receive communication regarding the Grievance by 08/08/2013

_____

Signature of ADC Inmate Grievance Coord

## CHECK ONE OF THE FOLLOWING

This Grievance will be addressed by the Warden/Center Supervisor or designee.

• This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will respond.

This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who will respond.

This Grievance has been determined to be an emergency situation, as you so indicated.

This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.

This Grievance was REJECTED because it was either non-grievable (  ), untimely, was a duplicate of  , or was frivolous or vexatious.

## INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. Keep in mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

_____        _____        _____

Inmate Signature        ADC #        Date

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center _Cummins_

Name _James Davis-Bridges_

ADC# _071867_   Brks # _8-B_   Job Assignment _I/s Lawn_

RECEIVED
FOR OFFICE USE
GRV. # CU-13-01929
Date Received JUL 15 2013
CUMMINS UNIT
GRV. Code GRIEVANCE OFFICE

_7-9-13_ (Date) STEP ONE: Informal Resolution

_7-12-13_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _Not told of Hep-C_
_For Years Now Terminal Liver Desease_

_7-9-13_ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to
a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious
nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the
attached emergency receipt. If an Emergency, state why: _Due To Nature of medical Disorder_
_As Diagnosed By Licensed Doctors From U.A.M.S. Hospital._
Is this Grievance concerning Medical or Mental Health Services? _Yes_ If yes, circle one: medical or mental
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel
involved and how **you** were affected. (Please Print): _On June 28th 2013 I was admitted to U.A.M.S._
_Hospital! [Due to internal Bleeding] On June 29th 2013, I was informed By Doctors_
_That I had "Serious of my liver." Furthermore asking how much I drink,_
_I have Not had a drink in over 35 years, To which Doctors Then said_
_it had to be due to my having had Hepititus-C for at least 10-12 years,_
_I have been told I Did Not have Hepititus-C on + off for 15 years! Yet_
_Now confirmed by Hospital Doctors as cause for A Deadly disorder for_
_which Serhios of Liver is Not cureable! [Nor Can I get A Transplant in_
_Prison.] my Grievance is ... how long did the Medical Staff Know of_
_the Hepitus-C, and also the Serhios of my liver? For to fail to treat_
_or even acknowledge to me of fact I had either, and have now cause_
_such irreparable damage is Deliberate Indifferance Not only to serious_
_medical issue, but to the value of a Human life. And Such actions are_
_liable under "42 U.S.C.§1983, as well as American's Disabilities Act; all_
_are claims for Federal review and damages not subject to immunity._

_James Davis Bridges #071867_ _____   _7-9-13 (8:00 AM)_
Inmate Signature _____   Date

_If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _7-9-18_ (date), and determined to be **Step One** and/or an Emergency Grievance
_Yes_ (Yes or No). This form was forwarded to medical or mental health? _Medical_ (Yes or No). If yes, name
of the person in that department receiving this form: _____   Date _7-9-13_

_Sgt D. Knight_   _45342_   _Sgt D. Knight_   _7-9-13_
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature   Date Received

Describe action taken to resolve complaint, including **dates**: _Per inm's records inm_
_had a physical dated 12/29/2009, and a history of_
_hepc is noted, and inm have been following up_
_chronic care for years for hep._
_P/K 7-12-13_   _James Davis Bridges (7-12-13)_   _HHB_
aff Signature & Date Returned   Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____   Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _AUG 19 2013_

RECEIVED DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back
to Inmate After Completion of Step One and Step Two.

HEALTH & CORRECTIONAL PROGRAMS

IGTT430
3GD

Attachment VI

INMATE NAME: Davis/bridges, James          ADC #: 071867          GRIEVANCE#:CU-13-01924

## CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

On July 9, 2013, you submitted an informal questioning how long the medical staff has known that you are positive for hepatitis C. You state that you were admitted to UAMS on June 28 at which time the doctor there advised you that you have cirrhosis of the liver. You state that for 15 years, you have been told that you do not have hepatitis C, but now you're being told you have a deadly disorder due to the hepatitis.

The medical department responded, "Records reflect you had a physical on 12/29/09, which stated you had a HX of HEP-C ( 10/19/09.... AST 42, ALT 61), and you have been followed through Chronic Care for this disease for years, including having lab work done as needed, when ordered by the providers;therefore there is no merit to this grievance."

Your appeal states that the doctor at UAMS told you that you would have had to have hepatitis C for a lot longer than back to 2009 in order to have cirrhosis of the liver to the extent that you have. You state that up until recently, all of your lab work has been to check your A1C for diabetes. You claim deliberate indifference to your health care.

The grievance form is to be used for the expression and resolution of inmate problems and complaints. You used the grievance form to ask a question, which is not the proper procedure. I encourage you to submit a Request for Interview in order to have your questions properly addressed and not to abuse the grievance procedure.

This appeal is without merit.

_____          _____
Director                                        Date          9/30/13

IGTT430                          Page 1 of 1

BK 8/B029V

IGTT420                                                                    Attachment IV
3GH

INMATE NAME: <u>Davis/bridges. James</u>     ADC #: <u>071867A</u>     GRIEVANCE #: <u>CU-13-01924</u>

## HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

<u>(GRV 619 ) Your 7/12/2013 grievance has been received and reviewed as well as your medical record
to determine if medically necessary health care, as determined by your health care providers, has been
provided to you.</u>

<u>You state in your grievance that you were not told that you are HEP-C positive for years, and now you
have terminal liver disease.</u>

<u>Records reflect you had a physical on 12/29/09, which stated you had a HX of HEP-C ( 10/19/09....
AST 42, ALT 61), and you have been followed through Chronic Care for this disease for years, including
having lab work done as needed, when ordered by the providers;therefore there is no merit to this
grievance.</u>

_____           _____           _____
Signature of Health Services                   Laura Lee Morgan               08/12/2013
Administrator/Mental Health Supervisor or        Title                          Date
Designee

RECEIVED-DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION

**INMATE'S APPEAL**                                                    AUG 1 9 2013

HEALTH CORRECTIONAL PROGRAMS

If you are not satisfied with this response, you may appeal this decision within five working days by filling
in the information requested below and mailing it to the Deputy Director for Health & Correctional
Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to
the original grievance. Do not list additional issues which were not part of your original grievance as they
will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE? I do not agree with this answer
due to Fact Dr's at U.A.M.S. informed me that I would have had to have had
Hep C for a lot longer than just back to 2009, or (at 10-19-09) in order
to have Cerrihous of the liver to such an extent as to which I
have now been informed. Therefore medical would have had to know
As far back as possible 2000 (or there-about). Federal Courts have
cited that Deliberate indifferent standard applies when serious medical
issue is not Treated, That which could lead to more serious desease (even
a Terminal illness) wherefore this issue is not resolved. Nor have I been
properly informed of being screened for Hep-c. All my labs except recent have
been for A1C for Diabetics.
James Davis Bridges                     ADC# 071867—    8-14-13

IGTT405
3GT

# ACKNOWLEDGEMENT OF GRIEVANCE APPEAL
## or REJECTION OF APPEAL

TO:  Inmate  Davis/bridges, James       ADC #:  071867A

FROM:  Kelley, Wendy L       TITLE:  Deputy Director

RE: Receipt of Grievance  CU-13-01924       DATE:  08/19/2013

Please be advised, the appeal of your grievance dated
07/09/2013
was received in my office on this date  08/19/2013

**You will receive communication from this office regarding this Grievance by**  10/01/2013

☒ The time allowed for appeal has expired

☒ The matter is non-grievable and does not involve retaliation:

    ☒ (a) Parole and/or Release matter

    ☒ (b) Transfer

    ☒ (c) Job Assignment unrelated to medical restriction

    ☒ (d) Disciplinary matter

    ☒ (e) Matter beyond the Department's control and/or matter of State/Federal law

    ☒ (f) Involves an anticipated event

☒ You did not send all the proper Attachments:

    ☒ (a) Unit Level Grievance Form (Attachment 1)

    ☒ (b) Warden's/Center Supervisor's Decision (Attachment III); or Health Services Response Attached (Attachment IV for Health Issues Only)

    ☒ (c) Did not give reason for disagreement in space provided for appeal

    ☒ (d) Did not complete Attachment III or IV with your name, ADC#, and/or date

    ☒ (e) Unsanitary form(s) or documents received

    ☒ (f) This Appeal was REJECTED because it was a duplicate of  , or was frivolous or vexatious

IGTT400
3GR

Attachment II

# ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

TO: Inmate  Davis/bridges, James          ADC #:  071867A
FROM:  Gibson, April Dyann               TITLE:  Administrative Specialist I
DATE:  07/15/2013                        GRIEVANCE #:  CU-13-01924

Please be advised, I have received your Grievance dated 07/09/2013 on 07/15/2013 .
You should receive communication regarding the Grievance by 08/12/2013

_____
Signature of Administrative Specialist I

## CHECK ONE OF THE FOLLOWING

☑ This Grievance will be addressed by the Warden/Center Supervisor or designee.

☑ This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will respond.

☑ This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who will respond.

☑ This Grievance has been determined to be an emergency situation, as you so indicated.

☑ This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.

☑ This Grievance was REJECTED because it was either non-grievable (  ), untimely, was a duplicate of  , or was frivolous or vexatious.

## INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. Keep in mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

_____         _____         _____
Inmate Signature                  ADC #                             Date

IGTT400                         Page 1 of 1

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center _Cummins_

Name _James Davis-Bridges_

ADC# _071867_    Brks # _8-B_    Job Assignment _I/s Lawd_

RECEIVED

FOR OFFICE USE

GRV. # _CU-13-00422_

Date Received: SEP 1 2 2013

GRV. Code # CUMMINS UNIT GRIEVANCE OFFICE

_9-11-13_ (Date) STEP ONE: Informal Resolution

_9-11-13_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _Due to Severe Pain & Suffering and luck of Treatment due to Retaliation for previous Grievance_

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _Due to false information by Sgt Ashley I Disagree with this response and will Take a PollyGraph to prove my Point._

Is this Grievance concerning Medical or Mental Health Services? _NO_ If yes, circle one: medical or mental

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): _On 9/11/13 at approx. 935 AM I was Called to infirmary for Ms. Bland haying! after having Vitals taken I was sent to holding cell! After Nearly 1½ hours I still was not called In, Yet Sgt Ashley had called other inmates whom signed in after I did and they were seen by Ms Bland! This is in my opinion Retaliation for past Grievance against medical. When I asked Sgt Ashley what Number I was She said I don't know and She shut the door! I have had to endure Severe pain and suffering for far to long to be continuously treated with disrespect by Correction and infirmary Security!_
_Must I Suffer due to Retaliation by Security or Can I get Treated in a humane fashion as is directed by The 8th amendment of U.S. Constitution._

_____

Inmate Signature _James Davis/Bridges_    Date _9-11-13 11:05 AM_

_If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _9-11-13_ (date), and determined to be **Step One** and/or an Emergency Grievance _no_ (Yes or No). This form was forwarded to medical or mental health? _no_ (Yes or No). If yes, name of the person in that department receiving this form _____ Date _____

_Christine Lambert_    _308 96_    _Christine Lambert_    _9-11-13_
PRINT STAFF NAME (PROBLEM SOLVER)    ID Number    Staff Signature    Date Received

Describe action taken to resolve complaint, including **dates**: _9-11-13 MRS. ASHLEY STATED THAT EAST I SEVENTH LET THIS INMATE OUT OF THE HOLDING CELL OUT OF TURN - SHE TOLD HIM TO GO BACK TO HOLDING CELL AND WAIT UNTIL RN WAS CALLED_

Staff Signature & Date Returned _Sgt O. Ashley 9/11/13_    Inmate Signature & Date Received _James Davis Brdgs 9-11-13_

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).

Staff Who Received Step Two Grievance: _____ Date: _____

Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____

If forwarded, provide name of person receiving this form: _____ Date: _____

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

IGTT410
3GS

Attachment III

INMATE NAME: Davis/bridges, James          ADC #: 071867A          GRIEVANCE #: CU-13-02422

## WARDEN/CENTER SUPERVISOR'S DECISION

I have reviewed your grievance dated September 11, 2013. You state "On 9/11/13 at approx. 935 AM I was called to infirmary for Ms. Bland Lay in! after having vitals taken I was sent to holding cell! After nearly 1 ½ hours I still was not call in. Yet Sgt. Ashley had called other inmates whom signed in after I did and they were seen by Ms. Bland! This is in my opinion retaliation for past grievance against medical. When I asked Sgt. Ashley what number I was she said I don't know and she sut the door! I have had to indure severe pain and suffering for far to long to be continuiously treated with disrespect by Corizon Inc and infirmary security! Must I suffer due to retaliation by security or can I get treated in a humane fashion as is directed by the 8th Amendment of U.S. Constiution."

Please be advised, Officer C. Ashley states that she did not show disrespect towards you. According a memo put out by M. Austin, Healt Services Administrator on 10-15-10, General Population inmates should be placed in the holding cell across the hall until called for. Ms. E. Bland, A.N.P. states that she reviewed her call list and show your name on the list and she advised Officer Ashley that you did not need to be seen and to let you know that you can go back to your barracks. Based on my review of this grievance I do not find merit to this matter.

| | | |
|---|---|---|
| Signature of Warden/Supervisor or Designee | Title | 9-24-13  Date |

## INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues, which are not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE?

| | | |
|---|---|---|
| Inmate Signature | ADC# | Date |

IGTT410                          Page 1 of 1

IGTT400
3GR

# ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

TO: Inmate  <u>Davis/bridges, James</u>
FROM:  Mizell, Jimmy E
DATE:  <u>09/12/2013</u>

ADC #:  <u>071867A</u>
TITLE:  <u>ADC Inmate Grievance Coord</u>
GRIEVANCE #:  <u>CU-13-02422</u>

Please be advised, I have received your Grievance dated <u>09/11/2013</u> on <u>09/12/2013</u> .
You should receive communication regarding the Grievance by <u>10/10/2013</u>

_____
Signature of ADC Inmate Grievance Coord

## CHECK ONE OF THE FOLLOWING

- This Grievance will be addressed by the Warden/Center Supervisor or designee.
- This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will respond.
- This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who will respond.
- This Grievance has been determined to be an emergency situation, as you so indicated.

- This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.
- This Grievance was REJECTED because it was either non-grievable ( ), untimely, was a duplicate of , or was frivolous or vexatious.

## INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. Keep in mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

_____        _____        _____
Inmate Signature                                    ADC #                                        Date

IGTT400

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ARKANSAS
ELEVENTH JUDICIAL DISTRICT, WEST, THIRD DIVISION

IN THE MATTER OF THE NAME CHANGE
OF JAMES PHILLIP DAVIS
TO: <u>WILLIAM EARL BRIDGERS</u>

CASE NUMBER:  CIV-96-214-3

ORDER

Now on this day comes on this matter for hearing on the Petition for Name Change filed by the Petitioner, pro se, on March 26, 1996, and the Court, from the application filed herein, and other things and matters before the Court finds:

1.   That the Court has jurisdiction over this matter pursuant to Arkansas Code Annotated Section 9-2-101(a) (as amended February 13, 1989).

2.   That the Petitioner has presented reasons sufficient for this Court to order a change of Petitioner's name to <u>WILLIAM EARL BRIDGERS</u>.

IT IS, THEREFORE, CONSIDERED AND ORDERED that Petitioner's name be changed from James Phillip Davis to <u>WILLIAM EARL BRIDGERS</u>.

IT IS FURTHER ORDERED that Petitioner shall sue and be sued, plead and be impleaded by the name of <u>WILLIAM EARL BRIDGERS</u>.

IT IS SO ORDERED this 28 day of March, 1996.

_____
FRED D. DAVIS, III
CIRCUIT-CHANCERY JUDGE

xc:  Mr. James Phillip Davis, ADC #71867
      a/k/a William Earl Bridgers
     Diagnostic Unit
     8001 West Seventh Avenue
     Pine Bluff, AR 71603

     Warden Willis Sargent
     Diagnostic Unit

A TRUE COPY, I CERTIFY
JEANETTE HENCE, Clerk

FILED

MAR 29 1996

JEANETTE HENCE
Circuit & Chancery Clerk
JEFFERSON COUNTY, ARKANSAS

IGTT420
3GH

*R)C 8/B029*

Attachment IV

INMATE NAME: <u>Davis/bridges, James</u>      ADC #: <u>071867A</u>      GRIEVANCE #: <u>CU-13-02060</u>

## HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

(GRV 640) You 7/29/2013 grievance has been received as well as your medical record to determine if medically necessary health care, as determined by your health care provider, has been provided to you.

You state in your grievance there was a delay in ordering your new medications, which in turn caused you suffering.

Records reflect you returned from the hospital on 6/30/13. Your new prescriptions for Metoprolol 50 mg one tab twice a day, and Prilosec 40 mg one tab twice a day, was ordered on 7/16/13, and were ordered for 6 months. You received the mentioned medications on 7/26/13. Due to the delay in your new medications being ordered in a timely fashion I find this grievance with merit, but has now been resolved.

_____
Signature of Health Services
Administrator/Mental Health Supervisor or
Designee

<u>Laura Lee Morgan</u>
Title

<u>08/27/2013</u>
Date

## INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE? Because delay was placed on fact was that Ms. Irwin was on vacation, and no one was putting O.P.M. med in to the computer, nor passing out med. This is very unprofessional and due to seriousness of medical condition, delay could just as easily have resulted in much more serious issue arising.

James Davis/Bridge      071867      8-28-13

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center _Cummins_

ne _James Davis-Bridges_

ADC# _071867_    Brks # _8-B_    Job Assignment _I/s Lawn_

FOR OFFICE USE ONLY
GR _CU-13-02060_
Date Received: _JUL 30 2013_
GRV. Code # _____    CUMMINS UNIT GRIEVANCE OFFICE_

_7-25-13_ (Date) STEP ONE: Informal Resolution

_7-25-13_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)

If the issue was not resolved during Step One, state why: _But delay Cursos sever suffering Pres my fault_

_7-25-13_ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature. If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _Due to Severe Pain & Suffering Idenial of Medication as Prescribed By Medical Providers._

Is this Grievance concerning (Medical) or Mental Health Services? _YES_ If yes, circle one: medical or mental

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): _On 6-28-13 I was taken to U.A.M.S Hospital, Dr's there Prescribed Treatments & Medications, as well as Follow-up for GI Tests and Possible implantation of Pace maker Due to Heart Irregularity. Cummins unit upon my Return on 6-30-13, said I would be seen by Provider on 7-1-13 (monday), Not seen till 7-5-13 at which time No one could Find my medical Jacket, (Nothing could be done) So on 7-15-13 seen again by Provider ms Griswald But Hospital Records misplaced, Finally seen on 7-16-13 By ms Griswald and med's ordered on computer! Told I would be sent to outside for Consults! of This date 7-25-13 No-meds Recieved still having Severe Pain & Shortness of Breath/weakness as well as Constant Daily Issue of A-fib! On 7-24-13 Told by infirmary That Due to Nurse Irvin Not being at work 0PM meds have not been Issued! This is Gross abuse of Duty By Medical Personel as to Health and Wellfare of Serious medical Conditions of Prisoners and shows That Corizon's Policies are below the Set Standards By Medical Boards/and The Federal Courts! Goes to Deliberate Indifferance of serious medical Needs_

_James Davis Bridges_                     _(7-25-13) July 25, 2013_ 8:27 Am
Inmate Signature                          Date

**If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.**

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _7-25-13_ (date), and determined to be **Step One** and/or an Emergency Grievance _No_ (Yes or No). This form was forwarded to medical or mental health? _yes_ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _7 25 13_

_Col T Norwood_    _97347_    _Col T Norwood_    _7-25-2013_
**PRINT STAFF NAME** (PROBLEM SOLVER)   ID Number   Staff Signature   Date Received

Describe action taken to resolve complaint, including **dates**: _Both medications metoprolol and omeprazole was received 7/26/13. This issue has been resolved._

_____ _7-29-13_    _James Davis Bridges_    _7-29-13_
Staff Signature & Date Returned          Inmate Signature & Date Received

is form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).

Staff Who Received Step Two Grievance: _____ Date: _____

Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____

If forwarded, provide name of person receiving this form: _____ Date: _____

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

Not modified

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center _Cummins_

Name _James Davis Bridges_

ADC# _071867_  Brks# _8 B_  Job Assignment _I/S Lawn_

FOR OFFICE USE ONLY
GRV. # Cu-13-02069
Date Received JUL 3 0 2013
GRV. Code #: _____
CUMMINS UNIT
GRIEVANCE OFFICE

_7-25-13_ (Date) STEP ONE: Informal Resolution

_7-29-13_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _Was not a_
_Medical Grievance_

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _____

_Is this Grievance concerning Medical or Mental Health Services? _____ If yes, circle one: medical or mental_
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): On 7-25-13 I filed a Medical Emergency Grievance due to Pain + suffering cause lack of medication, failure to properly Order or distribute meds. and Treatment! This Grievance was clearly marked Medical and EMERGENCY, yet COI Ti Norwood signed Grievance and marked NO as To Emergency, and Then gave to Sgt Bolin To Take to the infirmary. There is No listing as to whom Grievance was given To Nor Jas To when! This Violates Policy and furthers proves my Point of Deliberate indifference to my Health + well being. Accordingly Federal Courts have said That Grievance Policies Per Prison Litigation Reform Act, must be followed to ensure compliance with 8th Amendment of U.S. Constitution. This was Not done in The Case of Grievance filled on 7-25-13 at 8:27 pm.

_James Davis Bridge 71867_  (_7-25-13_) _July 25, 2013_ 2:24 pm
Inmate Signature  Date

_If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _7-25-2013_ (date), and determined to be **Step One** and/or an Emergency Grievance _Yes_ (Yes or No). This form was forwarded to medical or mental health? _Yes_ (Yes or No). If yes, name of the person in that department receiving this form: _LC Qualls_  Date _7-29-13_

_COI T Norwood_  _97341_  _COI T Norwood_  _7-25-2013_
**PRINT STAFF NAME** (PROBLEM SOLVER)  ID Number  Staff Signature  Date Received

Describe action taken to resolve complaint, including dates: _Review shows we have not received a Medical Emergency Grievance dated 07/25/13. This issue is without merit as we have not received a Medical Emergency Grievance as you stated._
_LC Qualls, HSA 07/29/13_  _James Davis Bridge 71867_
Staff Signature & Date Returned  Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

--------------------------------------------------------------------------------
**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

Case 5:13-cv-00366-BSM   Document 2   Filed 12/02/13   Page 40 of 53

IGTT410
3GS

INMATE NAME:  Davis/bridges, James          ADC #:  071867A          GRIEVANCE #:  CU-13-02069

### WARDEN/CENTER SUPERVISOR'S DECISION

I have reviewed your grievance dated 7/25/13. You stated, "On 7/25/13 I field a medical emergency Grievance due to pain & suffering cause lack of medication, failure to property order or distribute meds and treatment! This grievance was clearly marked medical and emergency, yet CO I T. Norwood signed grievance and marked no as to emergency and then gave it to Sgt. Bolin to take to the infirmary. There is no listing as to whom grievance was given to nor as to when! This violation policy and further proves my point of deliberate indifference to my health & well being according Federal Courts have said that Grievance policies per prison litigation reform act muct be followed to ensure compliance with 8th amendment of US Constitution. This was not done in the case of grievance filled on 7/25/13 at 8:27am. "

Please be advised in reviewing this matter, I find that Grievance CU-13-02060, dated July 25, 2013 was recieved on July 30, 2013, and processed as a medical grievance, on this same date. In my review I find that CO I T. Norwood signed for the Informal Resolutions, on July 25, 2013. Which were forwarded to Corizan Medical on July 25, 2013. Medical L. Jackson returned your Informal Resolution in a timely manner on July 29, 2013. On July 30, 2013 the Step Two was received and entered as a Formal Medical Grievance. Therefore, based on my review I find that policy has been followed in a timely manner.

_____          _____          7-30-13
Signature of Warden/Supervisor or Designee          Title          Date

### INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues, which are not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE? The Grievance refered to was clearly marked as an emergency! Yet was only processed as a normal informal Grievance! At no time was I seen by Medical nor was the issued Resolved. Officers failure to Treat Grievance as Emergency is not following proper procedure.

_____          671867          8-2-13
Inmate Signature          ADC#          Date

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center _Cummins_

Name _James Davis - BRIDGES_

ADC# _071867_    Brks # _8-B_    Job Assignment _J/S Lawn_

FOR OFFICE RECEIVED

GRV. # _CU-13-U-2276_

AUG 22 2013

Date Received _____

CUMMINS UNIT

GRV. Code _____ GRIEVANCE OFFICE

_8-21-13_ (Date) STEP ONE: Informal Resolution

_8-21-13_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _Form is Original Form in_
_compliance with HIPAA & CFR§ 164.508, Denying access to Court &_
_Recd_

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to
a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious
nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the
attached emergency receipt. If an Emergency, state why: _____

_Is this Grievance concerning Medical or Mental Health Services? _____ If yes, circle one: medical or mental_
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel
involved and how **you** were affected. (Please Print): ON 8-19-13 I TURNED IN A Legal document
to be Typed! [ AUTHORIZATION TO DISCLOSE MEDICAL INFORMATION] This specific
Form is NOT an A.D.C. / NOR / CORIZON, INC. FORM. IT IS FROM A Law office
Which I Recieved it from Several years ago. This Form is Designed for
Prisoners (or others) to obtain Release of Medical Records and other
Such information to Documents as may be used in Civil litigation or
matters concerning other Health issues. On 8-20-19 I was called to
Treatment coordinators office whereby Ms. A. Sides informed me she
Refused to have said document Typed! This is in effect a violation
of Denial of Access to the Courts, and of fact Refusal to Type Legal
Work's as was Put into Policy when the Typing was/is placed in the
Hands of unTrained Legal Typist. Wherefore with out this Form & being
allowed to have Copies is denying me the very tools of Discovery in
my pending Civil litigation against CMS/CORIZON INC. Medical
Services. [Form covers Health Insurance Portability & Accountability act of 1996 (HIPAA)
[ 45 CFR§ 164.508]

_James Davis Bridges_                    _8-21-2013_
Inmate Signature                              Date

_If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _8-21-2013_ (date), and determined to be **Step One** and/or an Emergency Grievance
_NO_ (Yes or No). This form was forwarded to medical or mental health? _NO_ (Yes or No). If yes, name
of the person in that department receiving this form: _____ Date _____

_Col T Norwood_        _47347_        _Col T Norwood_        _8-21-2013_
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature        Date Received

Describe action taken to resolve complaint, including dates: The Form inmate Davis-Brides turned in for typing
is not a form we keep on file in law library. The form he turned in was altered by inmate
Davis Bridges, and I have not been given permission to create in law library. Inmate Davis-Bridges
can mail to ADC compliance & control office in pine Bluff, and they can inform me if I have
Permission to create this legal document.
_Col T Norwood 8-21-2013_                    _James Davis Bridges 7/6/12 8-21-13_
Staff Signature & Date Returned                    Inmate Signature & Date Received

This form was received on _8-21-2013_ (date), pursuant to **Step Two**. Is it an Emergency? _NO_ (Yes or No).
Staff Who Received Step Two Grievance: _Col Norwood_           Date: _8-31-2013_
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipt; **BLUE**-Grievance Officer; **ORIGINAL**-Given back
to Inmate After Completion of Step One and Step Two.

IGTT410                                                    Attachment III
3GS

INMATE NAME: Davis/bridges, James       ADC #: 071867A       GRIEVANCE #: CU-13-02276

## WARDEN/CENTER SUPERVISOR'S DECISION

I have reviewed your grievance dated August 21, 2013. You state" On 8-18-13 I turned in a legal document to be typed! [Authorization to disclose Medical Information] this specific form is not an A.D.C. /Nor/Corizon, Inc. form. It is from a Law Office which I received it from several years ago. This form is designed for Prisoners (or Others) to obtain release of Medical Records and Other such information in documents as may be used in Civil Litagation or matters concerning other Health Issues. On 8-20-13 I was called to Treatment Coordinators Office where by Ms. A. Sides informed me she refused to have said document typed! This is in effect a violation of denial of access to the courts, and of fact refusal to type Legal work's as was put into Policy when the typing was/is placed in the Hands of Untrained Legal typist. Wherefore without this form & being allowed to have copies is denying me the very tools of discovery in my pending Civil Litigation against CMS/Corizon Inc Medical Services. [Form Covers Health Insurance Portability & Accountability Act of 1996 [HIPPA] [4SCFRSICYS08]"

Please be advised, Program Specialist Mrs. A. Sides states that she will not type blank forms for inmates. If you want to resubmit your typing request in your own hand writing, with your named filled in each blank she will reconsider your request. Therefore I do not find merit to this matter.

_____        _____        8-30-13
Signature of Warden/Supervisor or Designee       Title                   Date

## INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues, which are not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE? I Disagree with this response because; A) When legal typist were put in place to type Legal Documents it was stated That "any and All" Legal Documents would be So Typed Provided They are intact a Legal Document; (B) For Ms. Sides to State That she will not Type a legal Form which has blank-Lines is Denial of said Typing of Legal material for Courts. (c) Regardless of her (Ms. Sides) refusal to have typed, The form is of Legal Nature, That Blank spaces are to contain Certain Privileged/Personal information Not for Review by Others, Than Those whom Form is entended for. This denial is Direct violation of access to Coops.

James Davis/Bridge         G71867         8-31-13
Inmate Signature            ADC#            Date

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center _Cummins_

FOR OFFICE USE ONLY
GRV. # _Cu-13-00 1013_
Date Received: _'APR 15 2013_
GRV. Code # _6_
CUMMINS UNIT
GRIEVANCE OFFICE

Name _James Davis / Bridges_

DC# _071867_   Brks # _8-B_   Job Assignment _I/s Lawn_

_4-13-13_ (Date) STEP ONE: Informal Resolution

_4-13-13_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _I NEED To Speak To Warden G.Lay an any Duty Warden Oto Med Emergency!!_

_4-13-13_ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _Due to previous boughts with The Bacterial infection Which is a life Threatening issue, I request to have Duty Warden or Warden called_
Is this Grievance concerning Medical or Mental Health Services? _____ If yes, circle one: medical or mental _to unit_

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): _The issue involves a bacterial infection for which I have been Hospitalized 3 time in last 4 years due to seriousness of This issue! I had to have a Port inserted into my upper Chest for Antibiotic I.V.'s D. Hargrave, Dr. Buckman said if said infection gets to worst it can be some fate! To say that I must put in sick-Call for a issue That is of such a serious issue is a Deliberate Indifferance to my medical health & Well being._
_D. Warren, and Warden O.G. Lay, Ast. Warden Warner have told me To Contact Them emmediatly upon refussal of Medical Care for This issue Or seriousness._
_Therefore I respectfully request to have any of the afore mentioned called concerning This issue. Also: No Nurse was availble in the infirmary which with Patient or Ward any Emergencys is Illegal!_

_James Davis Bridges #071867_ ___ _4-13-13_ _(7:20 pm)_
Inmate Signature _____ Date

_If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _04/15/2013_ (date), and determined to be **Step One** and/or an Emergency Grievance
_____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

_Patricia Appleton_ _92116_ _Appleton_ _04/15/2013_
**PRINT** STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature   Date Received

Describe action taken to resolve complaint, including dates: _I called the infirmary to try to get the matter resolved, they said "put a sick call". Mr. Bridges got historical, wanted to speak with a Capt. or Warden. Sgt. King escorted him to the infirmary and they sent him back saying no one was there to see him._

_____ Appleton ___   _James Davis Bridges 071867 4-13-13_
Staff Signature & Date Returned   Inmate Signature & Date Received

This form was received on _04/14/2013_ (date), pursuant to **Step Two**. Is it an Emergency? _(Yes_ or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back

BK 8/B029

IGTT420
3GH

Attachment IV

INMATE NAME: Davis/bridges, James          ADC #: 071867A          GRIEVANCE #: CU-13-01013

## HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

(605) Your 4/13/13 grievance has been received and reviewed as well as your medical record to determine if medically necessary health care, as determined by your health care providers, has been provided to you.

You stated in your grievance that you have a bacterial infection for which you have been hospitalized 3 times in the last 4 years. I was told on this day I would have to put in a sick call to be seen.

Records reflect you were seen as a walk-in on 4/14/2013, complaining of your leg getting infected again. The nurse noted your right leg slightly red +1 edema to right foot, small blisters progressing to lower top of leg, per Dr. Floss you were given 1000mg Rocephin IM, and Tramadol 1 tab three times a day for 10 days, and you were to follow-up with Dr. Warren in the Am.
Dr. Warren noted brawny erythema below the right knee, mottled patches above the knee on the distal medial thigh, you did report to the Dr. it looked better this day from the Rocephin injection. Orders were to continue Rocephin for a few days, and see how you improve.
You were seen again by Dr. Warren on 4/24/2013, and it was noted that the infection of the right leg has extended somewhat, a little broader on the medial distal thigh, the left pretibial area is now starting. An order for Vancomycin 500 mg given IV for 5 days twice a day, which you did receive during AM treatment call; therefore I find no merit to this grievance.

_Laura Lee Morgan_ (signature)

Signature of Health Services
Administrator/Mental Health Supervisor or
Designee

| Laura Lee Morgan | 05/20/2013 |
|---|---|
| Title | Date |

## INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE? at no time have I been seen by Doda Floss, nor when I reported to Dr. Warren, there was no report of leg looking better, infact Dr. Warrens report was that infection actually look worse. there for placed on I.V. antibotics, with a protocol set up for 5 day on I.V.'s, 30 day off then repeat as a precautionary until further notice. at no time did I get hysteried as indicated. Sgt King was a witness! And I was denied seeing a Lt. or Capt.

_James Davis Bulger_
Inmate Signature

_671867_
ADC#

_5-21-13_
Date

To: Warden Graylon Hay
Cummins Unit Wardens Office

"Emergency"

CUMMINS UNIT

APR 15 2013

WARDENS OFFICE

From: James Davis/Bridges
ADC #071867   Bks# 8-B
P.O. Box 500
Grady, Arkansas 71644-0500

Re: Non-Compliance with Emergency Grievance Procedure and Deliberate Indifference to Serious Medical Need...

Date: April 14, 2013...

Sir, during count at 5:40 pm (approx) I noticed that my lower right leg started to burn, and when I pulled up my pants leg it was inflamed (Red) from foot to approximately 8" below knee. I went and contacted COII Trotter whom informed me it was count time, and Shift Charge! So it would be the night shift whom would get me seen!

At 6:10 pm I spoke to Cot P. Appleton whom said when count cleared "I will call to get you seen!" After 7:00 pm I had still not been able to see anyone! So I asked COt Appleton to call the Shift Lt, or Captain! At 7:15 pm I was taken to Infirmary where Sgt Colman said put in a sick call. [and informed Sgt Ring, that there was no nurse in the Infirmary at Present!"]

At 7:20 pm I wrote out an Emergency! This Grievance [See Copy attached] was improperly completed by CO I Appleton, and was never even looked at as a Emergency!

At no time would any staff on duty at West-2 contact or allow for me to speak to the Shift Lt. or Captain! I have been on 3.4 seperate Occassions Hospitalized for this same Infection which is a serious issue! [ells caused death if it reaches above the waist, an has caused prior to their passing the Amputation of either 1 or Both legs of nearly all Male members of My Family.]

At present it 4-14-13 at 6:20 am and the inflamed area as now reached to about 8" above Right Knee. You, have told me if I have problems to Write you as soon as possible!

Well, Sir! This is serious! And I would greatly appreciate any help you or your staff can give me.

Respectfully

James Davis Bridges
ADC # 071867   Bks 8B
P.O. Box 500

CC: Personal File
Sara Knight; Taylor Lake

IGTT400
3GR

# ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

TO: Inmate  Davis/bridges, James
FROM:  Hall, Lisa Renee
DATE:  04/15/2013

ADC #:  071867A
TITLE:  ADC Inmate Grievance Coord
GRIEVANCE #:  CU-13-01013

Please be advised, I have received your Grievance dated 04/13/2013 on 04/15/2013 .
You should receive communication regarding the Grievance by 05/13/2013

_____
Signature of ADC Inmate Grievance Coord

## CHECK ONE OF THE FOLLOWING

○  This Grievance will be addressed by the Warden/Center Supervisor or designee.

◉  This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will respond.

○  This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who will respond.

□  This Grievance has been determined to be an emergency situation, as you so indicated.

○  This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.

○  This Grievance was REJECTED because it was either non-grievable (  ), untimely, was a duplicate of  , or was frivolous or vexatious.

## INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. Keep in mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

_____        _____        _____
Inmate Signature                                     ADC #                                          Date

IGTT440
3GE

BK 9/ B029

Attachment X

# GRIEVANCE EXTENSION

TO INMATE:   Davis/bridges, James      ADC#:   071867
FROM:   Morgan, Laura Lee      TITLE:   Lic Practical Nurse
DATE:   10/08/2013      GRIEVANCE #:   CU-13-02395

ADDITIONAL TIME IS NECESSARY IN ORDER TO:

  to gather more information

YOU WILL RECEIVE COMMUNICATION FROM THIS OFFICE BY:   10/16/2013

This Extension is automatic unless you specifically disagree; If you agree to the extension then no action is required on your part. If you DO NOT agree to the extension, check DISAGREE, sign your name on the signature line, write your ADC#, and date this form, and return the orginal to this office. If you do not agree, you understand that, with your decision, NO FURTHER ACTION will be taken on this issue, you WILL NOT have exhausted your administrative remedies, and your grievance will be returned to you without a decision regarding its merit.

Γ DISAGREE    By disagreeing with this extension, I waive my right to have this grievance issue considered, and acknowledge I have not exhausted the grievance process as necessary to pursue a complaint.

ADC#: 071867 Date: _____

**Inmate Signature**

10/08/2013

**Warden/Center Supervisor Signature**      Date

**Chief Deputy/Deputy/Assistant Director/Director Signature**      Date

VANCE

IGTT400
3GR

# ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

TO: Inmate  Davis/bridges, James
FROM:  Gibson, April Dyann
DATE:  11/18/2013

ADC #:  071867A
TITLE:  ADC Inmate Grievance Coord
GRIEVANCE #:  CU-13-02914

Please be advised, I have received your Grievance dated 11/15/2013 on 11/18/2013 .
You should receive communication regarding the Grievance by 12/18/2013

Signature of ADC Inmate Grievance Coord

## CHECK ONE OF THE FOLLOWING

○  This Grievance will be addressed by the Warden/Center Supervisor or designee.

◉  This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will respond.

○  This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who will respond.

□  This Grievance has been determined to be an emergency situation, as you so indicated.

○  This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.

○  This Grievance was REJECTED because it was either non-grievable (  ), untimely, was a duplicate of  , or was frivolous or vexatious.

## INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. Keep in mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

Inmate Signature                    ADC #                    Date

IGTT405
3GT

# ACKNOWLEDGEMENT OF GRIEVANCE APPEAL
## or REJECTION OF APPEAL

TO:  Inmate  Davis/bridges, James        ADC #:  071867A
FROM:  Kelley, Wendy L                   TITLE:  Deputy Director
RE: Receipt of Grievance  CU-13-02395    DATE:  10/23/2013

Please be advised, the appeal of your grievance dated
                                        09/05/2013
was received in my office on this date  10/23/2013

**You will receive communication from this office regarding this Grievance by**  12/09/2013

☒  The time allowed for appeal has expired
☒  The matter is non-grievable and does not involve retaliation:
    ☒  (a) Parole and/or Release matter
    ☒  (b) Transfer
    ☒  (c) Job Assignment unrelated to medical restriction
    ☒  (d) Disciplinary matter
    ☒  (e) Matter beyond the Department's control and/or matter of State/Federal law
    ☒  (f) Involves an anticipated event
☒  You did not send all the proper Attachments:
    ☒  (a) Unit Level Grievance Form (Attachment 1)
    ☒  (b) Warden's/Center Supervisor's Decision (Attachment III); or Health Services Response Attached (Attachment IV for Health Issues Only)
    ☒  (c) Did not give reason for disagreement in space provided for appeal
    ☒  (d) Did not complete Attachment III or IV with your name, ADC#, and/or date
    ☒  (e) Unsanitary form(s) or documents received
    ☒  (f) This Appeal was REJECTED because it was a duplicate of  , or was frivolous or vexatious

IGTT400
3GR

# ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

TO: Inmate   Davis/bridges, James                    ADC #:   071867A
FROM:   Hall, Lisa Renee                              TITLE:   ADC Inmate Grievance Coord
DATE:   11/01/2013                                    GRIEVANCE #:   CU-13-02835

Please be advised, I have received your Grievance dated 10/31/2013 on 11/01/2013 .
You should receive communication regarding the Grievance by 12/04/2013

_____
Signature of ADC Inmate Grievance Coord

## CHECK ONE OF THE FOLLOWING

- ○ This Grievance will be addressed by the Warden/Center Supervisor or designee.
- ◉ This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will respond.
- ○ This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who will respond.
- ○ This Grievance has been determined to be an emergency situation, as you so indicated.
- ○ This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.
- ○ This Grievance was REJECTED because it was either non-grievable (  ), untimely, was a duplicate of  , or was frivolous or vexatious.

## INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. Keep in mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

# ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

TO: Inmate  Davis/bridges, James
FROM:  Gibson, April Dyann
DATE:  09/10/2013

ADC #:  071867A
TITLE:  Administrative Specialist I
GRIEVANCE #:  CU-13-02395

Please be advised, I have received your Grievance dated 09/05/2013 on 09/10/2013 .
You should receive communication regarding the Grievance by 10/08/2013

_____
Signature of Administrative Specialist I

## CHECK ONE OF THE FOLLOWING

◌ This Grievance will be addressed by the Warden/Center Supervisor or designee.

◉ This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will respond.

◌ This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who will respond.

▣ This Grievance has been determined to be an emergency situation, as you so indicated.

◌ This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.

◌ This Grievance was REJECTED because it was either non-grievable (  ), untimely, was a duplicate of  , or was frivolous or vexatious.

## INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. Keep in mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

_____          _____          _____
Inmate Signature                ADC #                          Date