**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**WILLIAM EARL BRIDGES**                                                                 **PLAINTIFF**

v.                                  **CASE NO: 5:13CV00366 BSM**

**CORIZON INC. et al.**                                                                  **DEFENDANTS**

### ORDER

The proposed findings and partial recommended disposition submitted by United States Magistrate Judge H. David Young have been received. No objections have been filed. After careful consideration, it is concluded that the proposed findings and partial recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

Accordingly, plaintiff's motion for a temporary restraining order and preliminary injunction [Doc. No. 64] is denied.

IT IS SO ORDERED this 9th day of September 2014.

UNITED STATES DISTRICT JUDGE