IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**WILLIAM EARL BRIDGES**                                                                 **PLAINTIFF**
**ADC #071867**

v.                              **CASE NO: 5:13CV00366 BSM**

**CORIZON INC., et al.**                                                                 **DEFENDANTS**

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge H. David Young have been received, along with the objections thereto. After carefully considering the objections and making a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED THAT:

1.   Defendants' motions for summary judgment [Doc. Nos. 82 & 85] are granted, and plaintiff's complaint is dismissed without prejudice.

2.   Plaintiff's motion for appointment of counsel, and his motion for a temporary restraining order [Doc. Nos. 101 & 104] are denied.

3.   It is further certified that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 5th day of May 2015.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE